1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LAO JR., ) | CV 10-756 AGR |
| Plaintiff, ) | JUDGMENT OF REMAND |
| v. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security Administration, ) | |
| Defendant. ) | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

Dated: November 19, 2010  _____
ALICIA ROSENBERG
UNITED STATES MAGISTRATE JUDGE